```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

FREDERICK DOMINIQUE REED                         CIVIL ACTION

VERSUS                                           NO: 11-930

JAMES A GRAY, II, ESQ.                           SECTION: R(3)


**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendations,[1] hereby approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Frederick Reed's section 1983 claim against James Gray, II is DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, but WITHOUT PREJUDICE to his right to assert state law claims in an appropriate state court forum.

New Orleans, Louisiana, this 1st day of June, 2011.

_____
         SARAH S. VANCE
   UNITED STATES DISTRICT JUDGE

---

[1] (R. Doc. 4.)